UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Andrew Oetman and Joseph Talbot,

    Plaintiff

v.

City of Grand Rapids, et al,

    Defendant

_____/

Case No:    1:07-cv-125

HONORABLE PAUL L. MALONEY
Chief United States District Judge

JUDGMENT

       A Jury Trial in this cause commenced on August 3, 2009. Immediately prior to jury selection, Plaintiffs' counsel moved to dismiss all claims for malicious prosecution under state law. The motion was granted. Accordingly, Judgment is entered for all Defendants as to the malicious prosecution claims as the motion to dismiss was granted with prejudice.

       At the close of Plaintiffs' proofs, Defendant Maycroft made a motion for judgment on the proofs; Plaintiff has no objection thereto. Accordingly, judgment is entered for Defendant Maycroft on all claims of each Plaintiff.

       At the close of proofs at trial, Defendant City of Grand Rapids filed a motion to dismiss pursuant to FRCP 50(a). Plaintiffs had no objection to the Motion. Accordingly, Judgment is entered for Defendant City of Grand Rapids on all claims as the motion for judgment as a matter of law was granted.

       After presentation of the proofs, closing arguments, and instructions, the jury unanimously found for Defendants Ranburger and Kraczon as to all claims of each Plaintiff. Accordingly, Judgment for Defendants Ranburger and Kraczon is entered on all counts and claims of each Plaintiff's complaint.

DATED:    August 10, 2009

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge